**DENIED and Opinion Filed August 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00320-CV**

**IN RE KENNETH LEE COUNCIL, Relator**

**Original Proceeding**

**MEMORANDUM OPINION**

Before Justices Partida-Kipness, Myers, and Goldstein
Opinion by Justice Partida-Kipness

Relator's May 5, 2021 petition for writ of mandamus challenges the failure of the Texas Attorney General, Ken Paxton, to release public information to relator regarding relator's child support arrears.

Relator's petition fails to comply with numerous requirements set forth in Rule 52 of the Texas Rules of Appellate Procedure. Further, this Court does not have the authority to issue a writ of mandamus against officers of this state's executive branch. TEX. GOV'T CODE § 22.002(c) (providing authority to the Texas Supreme Court to issue writs against Texas executive branch officers); 22.221

(outlining the limited writ power of the Texas courts of appeals). Accordingly, we deny relator's petition for writ of mandamus.

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS
JUSTICE

210320F.P05